IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STEVE HO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-07-2011 |
| | § | |
| TUYEN DANNY DANG and | § | |
| HOLLYWOOD VENA CORP., | § | |
| | § | |
| Defendants. | § | |

**ORDER**

The defendant, Tuyen Danny Dang, filed an answer after the plaintiff, Steve Ho, had moved for default.  The motion for default is denied.  Dang is not represented by counsel. The parties have not submitted a joint discovery/case management plan.  The initial pretrial conference set for September 28, 2007, is cancelled.  It is reset to **October 9, 2007, at 9:00 a.m.,** in Courtroom 11-B at the United States Courthouse, 515 Rusk, Houston, Texas.

SIGNED on September 24, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge